UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANESTACIO TENEYUQUE,

    Petitioner,

v.

SHANE JACKSON,

    Respondent.

_____/

Case No. 1:17-cv-681

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: March 5, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge