UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANESTACIO TENEYUQUE, #665266, ) <br> Petitioner, ) <br> ) <br> -v- ) <br> ) <br> SHANE JACKSON, ) <br> Respondent. ) <br> ) | No. 1:17-cv-681 <br><br> Honorable Paul L. Maloney |

## JUDGMENT

The Court has denied Anestacio Teneyuque's § 2254 petition for habeas relief. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: May 3, 2019                              /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge